IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    Plaintiffs,

vs.                                                              No. CIV-95-0024 JP/ACT

CITY OF ALBUQUERQUE, et al.

    Defendants,

vs.

E.M., R.L., W.A., D.J., P.S., and N.W. on
behalf of themselves and others similarly situated,

    Plaintiff Intervenors.

## ORDER

**THIS MATTER** comes before the Court on Plaintiff Intervenors' Motion for Enforcement of Interim Order [Doc. 868]. At the January 20, 2012 status conference counsel advised the Court that the requested documents have been produced and the Motion is therefore moot.

**IT IS THEREFORE ORDERED** that Plaintiff Intervenors' Motion for Enforcement of Interim Order [Doc. 868] is denied as moot.

                                                     _____
                                                     **ALAN C. TORGERSON**
                                                     **UNITED STATES MAGISTRATE JUDGE**