FILED
At Albuquerque NM

JUL 1 3 2012

MATTHEW J. DYKMAN
CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JIMMY (BILLY) MCCLENDON, et al.,

        Plaintiffs,

vs.                                CIV No. 95-0024 JAP/ACT

CITY OF ALBUQUERQUE, et al.,

        Defendants,

vs.

E.M., R.L., W.A., D.J., P.S., and N.W., on behalf
of themselves and all others similarly situated,

        Plaintiff-Intervenors.

## STIPULATED ORDER

THIS MATTER arising from the parties' settlement of a portion of the attorneys' fees disputes between them that were mediated before the Court on May 18, 2012, the parties hereby stipulate that in settlement of the dispute between them over hourly rates to be paid to certain attorneys for the plaintiffs in this matter, for the months December 2011 through March 2012, the County shall pay the Freedman Boyd Hollander Law Firm the sum of **$ 5,914.43** and attorney Kirtan Khalsa the sum of **$ 3,977.19** based on the following:

### Freedman Boyd Hollander Law Firm

| Attorneys | Hours for: | Hours | Rate Differential | | Totals |
|---|---|---|---|---|---|
| Zachary Ives | 12/2011 | 38.00 | $52.50 | $1,995.00 | |
| | 01/2012 | 16.90 | $52.50 | 887.25 | |
| | 02/2012 | 19.90 | $52.50 | 1,044.75 | |
| | 03/2012 | 19.20 | $52.50 | 1,008.00 | |
| **Total Hours** | | **94.00** | **$52.5** | | **$4,935.00** |
| | | | | | |
| Molly Schmidt-Nowara | 12/2011 | 5.80 | $15.00 | $ 87.00 | |
| | 01/2012 | 5.00 | $15.00 | 75.00 | |
| | 02/2012 | 0.00 | $15.00 | 0.00 | |
| | 03/2012 | 6.60 | $15.00 | 99.00 | |
| **Total Hours** | | **16.20** | **$15.00** | | **243.00** |
| | | | | | |
| Theresa Duncan | 12/2011 | 13.40 | $15.00 | $ 201.00 | |

| | | | | |
|---|---|---|---|---|
| 01/2012 | 3.30 | $15.00 | 49.50 | |
| 02/2012 | 0.00 | $15.00 | 0.00 | |
| 03/2012 | 5.40 | $15.00 | 81.00 | |
| **Total Hours** | **23.30** | **$15.00** | | 349.50 |

| | |
|---|---|
| Subtotal fee differentials | $5,527.50 |
| Gross Receipts Tax (7.0%) | 386.93 |

**TOTAL FEE DIFFERENTIAL AND TAX DUE**          $ 5,914.43

**Khalsa Law Firm**

| Hours for: | Hours | Rate Differential | | Totals |
|---|---|---|---|---|
| 12/2011 | 32.40 | $52.50 | $1,701.00 | |
| 01/2012 | 12.00 | $52.50 | 630.00 | |
| 02/2012 | 7.60 | $52.50 | 399.00 | |
| 03/2012 | 18.80 | $52.50 | 987.00 | |
| **Total Hours** | **70.80** | **$52.50** | | **$ 3,717.00** |

| | |
|---|---|
| Gross Receipts Tax (7.0%) | 260.19 |

**TOTAL FEE DIFFERENTIAL AND TAX DUE**          $ 3,977.19

**IT IS SO ORDERED**.

_(signature)_
_____
HON. ALAN C. TORGERSON
UNITED STATE MAGISTRATE JUDGE

**PREPARED BY:**

  _/s/ Philip B. Davis_
Philip B. Davis
Attorney for Plaintiff

**APPROVED BY:**

  _/s/ Adam H. Greenwood (Approved by email 07/10/12)_
Adam H. Greenwood
Attorney for Defendants

(C:\Temp\notes6ED8F7\2012 07 10 Stip Order on Settlement of Hourly Rates Differential.wpd)

2