IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JIMMY (BILLY) MCCLENDON**, et al.,

    *Plaintiffs*,

vs.                                                                                     No. CV 95-24 JAP/ACT

**CITY OF ALBUQUERQUE**, et al.,

    *Defendants*

vs.

**E.M., R.L., W.A., D.J., P.S.**, and **N.W.**, on behalf
of themselves and all others similarly situated,

    *Plaintiff Interveners.*

### ORDER DIRECTING MANUEL ROMERO
### TO EVALUATE AND REPORT REGARDING A DEATH AT THE
### BERNALILLO COUNTY METROPOLITAN DETENTION CENTER

This matter having come before the Court by an October 1, 2013 letter from counsel for Plaintiff Intervenors and the Court having reviewed the letter and the October 1, 2013 letter provided to the Court by counsel for the County Defendants; and the Court having discussed the issues with counsel during its October 16, 2013 status conference; and the Court being otherwise fully advised;

IT IS HEREBY ORDERED that Manuel Romero will conduct an evaluation of the circumstances of the March 2013 suicide at the Metropolitan Detention Center of an inmate identified as "E.M.," and the Defendants actions related to that death, with respect to the issues that are within his areas of expertise, and then issue to the Court and to

counsel for the parties a report regarding his findings, conclusions, and any recommendations.

The report by Mr. Romero is solely for the purposes of this litigation and all recipients will treat it as confidential, pursuant to the parties Stipulated Confidentiality Order filed on this date.

**IT IS SO ORDERED.**

_____
HONORABLE ALAN C. TORGERSON
United States Magistrate Judge

Submitted By:

*/s/*_____
Peter Cubra
Attorney for Plaintiff-Intervenors

Reviewed By:

*Electronically on 11/13/13*\_\_\_
Jeffrey L. Baker
Attorney for Defendants

Approved By:

*Electronically on 10/16/13*\_\_\_
Zachary Ives
Attorney for Plaintiffs