CLAIMS ⟨M.D.C.⟩ SEND COPY BACK w/k last letter

CR. 6:95-CV-00024-JAP-

FROM, LAFAYETTE STONE, 99984, C/O-M.D.C.

RE. CLAIMS AGAINST ⟨M.D.C.⟩

NO ONE HAS IN TO OR CHECKED MY CLAIMS NEED HELP WITH PHONY-CLAIMS

~life in DANGER~

⟨1⟩ I WANT TO MAKE NOTED THAT I HAVE BEEN ⟨THREATEND⟩ BY ⟨M.D.C.-STAFF⟩ THAT IF I FILE A ⟨LAWSUIT⟩ ⟨OR⟩ ANY MORE ⟨CLAIMS⟩ ⟨AGAINST⟩ ⟨M.D.C.⟩ THAT THE ⟨STAFF⟩ WOULD HAVE ME ⟨KILLED⟩ AN I BELEIVE IT BECAUSE I HAVE HAD MY ⟨LUNG-COLLAPSED⟩ AN MY SPINE-BROKE ALL BY ~M.D.C.-STAFF AN I WANT THIS ON THE RECORD SO MY FAMILY CAN KNOW WHAT HAPPEN TO ME THAT'S WY IT'S SO INPORTANT - TO BE ABEL TO ⟨USE⟩ A PHONE WIN WE NEED IT ⟨EMERGACE~911⟩

⟨2⟩ HYGIEN - INDIGENT - CLOTHING - PACK

I'VE BEEN IN CUSTDY FOR ⟨60-DAYS⟩ AN I HAVE NOT RECEIVED A ⟨INDIGENT-CLOTHING⟩ PACK

PAGE ⟨1⟩ →

PAGE (2) / SEND COPY BACK MY LAST letter THANK YOU

-(2) Since I've been here I've filed (GRIVANCES) but still nothing I watch other-inmates let thers but not me check the (LOGINS) an you will see I have to put these dirty uniforms on with all these (CRETTERS) biteing me I need (SOCKS-BOXER-T-SHIRT) for (SANTAION)

(3) AN I CANT TAIK TO NO ONE TO Get me help with this as stated befor if (PEOPLE) DID THER (ROUNDS) AN ~~SING~~ (SIGNED) A (LOG-IN)(SHEET) to show they came in the POD we could get some were I've done (16-YEARS) in (PRISON-AN-JAILS) AN this is the First time I've seen it where C.O.s DO NOT HAVE TO (SIGN-A-LOG-IN) SHEET AN ther sopose to be a Log-in Sheet for (ONLY-SOUPVISOERS) AS WELL O-YA CANT SAY NAME I WILL GET KILLED FOR SAYING THE RIGHT THING-

PAGE ⟨3⟩ SEND COPY BACK THANK YOU

RE: CR.6:95-CV-00024-JAP-KBM

⟨4⟩ Also I've been ⟨Denied⟩ ⟨Due-Process⟩ on my ⟨criminal case⟩ an I intend to file a lawsuit for violation of my ⟨constitutional-Rights⟩ to be free from constriant absent of due-process ⟨Enclosed is a copy of the ⟨Tort claim-Notice-letter

⟨5⟩ Since M.D.C. can be a party to this claim ⟨Enclosed⟩ is a copy to the Tort claim letter so the ⟨M.D.C.⟩ can contack the ⟨Jail-Attorneys⟩ an have them contack the ⟨State-D.A.-office an do the ⟨Right-thing⟩ an get me out of jail - my case should be dismissed for denieying me ⟨Due-process⟩

⟨6⟩ O-ya I've been pulled out for a ⟨few-legal-calls⟩ an if you check the phone-logs you can see I've never got through to my ⟨Attorney⟩ Thank you
⟶

(margin: SEND COPY BACK)

1. ~~Sent Request to records so I can go to court to clear all warrants by 4-15-14~~

2. ~~went to court on 4-8-14~~

PEGE ⟨4⟩

⟨6⟩ AN since my life is in danger an I cant use the phone I would like to be put back in ⟨seg-⟨3⟩⟩ POD THANK you

⟨7⟩ I need PAyper AN envalopes for Legal Mail

DATE: (CR.CIV-95-0024-JP/ACT)
FROM: LAFAYETTE STONE, 99984 C/O MOC
CR. 6:95-CV-00024-JAP-KBM
TO: WHOM IT MAY CONCERN
RE: TORT CLAIM NOTICE LETTER FOR VIOLATION
OF ⟨CONSTITUTIONAl⟩ ⟨RIGHTS⟩
   TO BE FREE FROM CONSTRAINT ABSENT
OF ⟨DUE-PROCESS⟩ OF ⟨LAW⟩ SEE FED.
LAFAYETTE STONE VS. CITY OF A/BUQU-NM

⟨1⟩ ENCLOSED IS A COPY OF N.M. COURT
@ CASE-LOOK-UP FOR BOATH CR. NUMBERS
⟨14-01872⟩ 14-01785 ⟩ AN YOU CAN SEE THER
IS NO ⟨NOTICE⟩ OR ISSUEANCE OF A
⟨TARGET LETTER⟩ PUTTING ME ON NOTICE THAT
I'M A -TARGET- OF AN ⟨INVESTGAITON⟩ OR
⟨GRAND-JURY-PROCEEDING⟩ DENIEING MY
⟨RIGHT⟩ TO -TESTFIY- OR BE THER AT THE
PROCEEDING DENIEING ME MY RIGHT TO
⟨DUE-PROCESS⟩ OF THE ⟨LAW⟩ IF THER
IS A VIOLATION OF ⟨DUE-PROCESS⟩ THE
CASE MUST BE DISMISSED AN THER
IS ⟨NO⟩ NEED TO ⟨SHOW⟩ ⟨PREJUDICE⟩ FED.
SEE U.S.S.C. VS. MARION THE PURPPS OF
THIS LETTER IS TO ALLOWE @ ALL PARTIES
A ⟨CHANCE⟩ TO ⟨CLEAR⟩ A ⟨PROBLEM⟩ AN
DO THE ⟨RIGHT⟩ THING ⟨FIRST⟩ BE FOR A
⟨LAW-SUIT⟩
                    ⟨PAGE-1-OF-6⟩

PAGE ⟨2⟩
RE. TORT CLAIM NOTICE LETTER
FROM. LAFAYETTE STONE, C/O. M.D.C.

⟨2⟩ AN IT IS THE STATES DUTY TO CHECK TO SEE IF YOU ARE IN CUSTODY ⟨FIRST⟩ SO THAT WAY THE ⟨STATE⟩ CAN HAVE YOU ~~BROT~~ BROUGHT TO THE ⟨PROCEEDING⟩ BUT I'M SHUR THE ⟨STATE⟩ ALL READY KNOWS THIS ⟨NOTED⟩ I DID NOT FIND OUT WHO MY ⟨LAWYER⟩ WAS ⟨UNTIL⟩ ⟨5-8-14⟩ SEE ⟨LETTERS⟩ FROM ⟨ATTORNEY⟩ DATED ⟨5-8-14⟩ AFTER ALL ⟨GRAND-JURY⟩ ⟨PROCEEDINGS⟩ WHER ⟨HELD⟩ I LOOK FORWARD TO SPEAKING TO ANY PARTY INVOLEVED TO CLEAR THIS UP THANK YOU FOR YOUR TIME
⟨NOTED⟩ THE STATE NOTIFED THER -WITNESSES- BUT NOT ME
ADDRESS
LAFAYETTE STONE
C/O-M.D.C.-ALBUQUERQUE-NM-
~~8710~~ 87151

B/ Lafayette Stone

⟨PAGE-2-OF-6⟩

DATE-6-13-14

D-202-CR-201401872 - Tuesday, May 13, 2014

AS OF 5-13-14 DATE

## State of New Mexico
## v.
## LAFAYETTE STONE

### CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-202-CR-201401872 | Nakamura, Judith K. | 04/23/2014 | ALBUQUERQUE District |

### PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | STONE LAFAYETTE |
| | ATTORNEY: PUBLIC DEFENDER - ALBUQUERQUE | | |
| P | Plaintiff | 1 | STATE OF NEW MEXICO |
| | ATTORNEY: YAMATO JASON | | |

### CRIMINAL CHARGE DETAIL

| PARTY | COUNT | SEQ # | STATUTE | CHARGE | CLASS | CHARGE DATE | CIT # | PLEA | DISPOSITION | DISP DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| D 1 | 1 | 1 | 30-16-3(B) | Non-Residential Burglary | F4 | 03/22/2014 | | | | |

### HEARINGS FOR THIS CASE

| HEARING DATE | HEARING TIME | HEARING TYPE | HEARING JUDGE | COURT | COURT ROOM |
|---|---|---|---|---|---|
| 05/12/2014 | 10:00 AM | ARRAIGNMENT | Brown, Charles W. | ALBUQUERQUE | Courtroom 416 |

### REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 05/12/2014 | ORD: CONDITIONS OF RELEASE | | | | |
| | BOND IN THE AMOUNT OF $10,000 CASH OR SURETY | | | | |
| 05/12/2014 | NOT GUILTY PLEA | | | | |
| | @ ARRAIGNMENT BEFORE JUDGE BROWN BOND $10,000 C/S | | | | |
| 04/25/2014 | NTC: OF ARRAIGNMENT | | P | 1 | |
| | SET 5/12/14 AT 10AM BEFORE JUDGE BROWN | | | | |
| 04/23/2014 | ORD: PRESENTATION ORDER | | D | 1 | |
| | SEND NOTICE TO ATTORNEY AND DEFENDANT TO APPEAR FOR ARRAIGNMENT AND BOND WILL BE SET AT ARRAIGNMENT; CATEGORY 2 | | | | |
| 04/23/2014 | OPN: GRAND JURY INDICTMENT | | | | |
| | DA# 2014-02030-1 | | | | |
| 04/23/2014 | STATEMENT OF JOINDER | | | | |
| | STONE; CR2014-1873 TRACI LUCERO | | | | |
| 04/22/2014 | TAP: GRAND JURY | | | | |
| | Room 304: 3.08.08 - 3.14.09 ; 3.18.34 - 3.19.15 | | | | |

### JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 04/23/2014 | Nakamura, Judith K. | 1 | INITIAL ASSIGNMENT |

(PAGE) 3-OF-6

Page 1

D-202-CR-201401785 - Tuesday, May 13, 2014

## State of New Mexico
## v.
## LAFAYETTE STONE
### CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-202-CR-201401785 | Flores, Jacqueline | 04/17/2014 | ALBUQUERQUE District |

### PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | STONE LAFAYETTE |
| | ATTORNEY: PUBLIC DEFENDER - ALBUQUERQUE | | |
| P | Plaintiff | 1 | STATE OF NEW MEXICO |
| | ATTORNEY: YAMATO JASON | | |

### CRIMINAL CHARGE DETAIL

| PARTY | COUNT | SEQ # | STATUTE | CHARGE | CLASS | CHARGE DATE | CIT # | PLEA | DISPOSITION | DISP DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| D 1 | 1 | 1 | 26-1-16 | Dangerous Drugs, Conditions for Sale | F4 | 04/03/2014 | | | | |
| D 1 | 2 | 1 | 30-22-1(D) | Resisting, Evading or Obstructing an Officer (Resisting) | M | 04/03/2014 | | | | |

### HEARINGS FOR THIS CASE

| HEARING DATE | HEARING TIME | HEARING TYPE | HEARING JUDGE | COURT | COURT ROOM |
|---|---|---|---|---|---|
| 04/25/2014 | 8:30 AM | ARRAIGNMENT | Martinez, Kenneth | ALBUQUERQUE | Courtroom 420 |

### REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 04/25/2014 | ORD: CONDITIONS OF RELEASE BOND IN THE AMOUNT OF $2,500.00 C/S | | | | |
| 04/25/2014 | NOT GUILTY PLEA @ ARRAIGNMENT $2,500 CASH OR SURETY & PTS PER JUDGE MARTINEZ | | | | |
| 04/18/2014 | NTC: OF ARRAIGNMENT SET 4/25/14 AT 8:30AM BEFORE JUDGE MARTINEZ | | P | 1 | |
| 04/18/2014 | WAR: WARRANT QUASHED GJI ISSUED: 4/17/14; ARRESTED BY APD ON 4/17/14 | | D | 1 | |
| 04/17/2014 | WAR: BENCH WARRANT ISSUED GJI BW FOR $2,500 CASH OR SURETY | | D | 1 | |
| 04/17/2014 | ORD: PRESENTATION ORDER ISSUE GJI BENCH WARRANT FOR STONE OF $2,500 CASH OR SURETY; IN JAIL; CATEGORY 2 | | D | 1 | |
| 04/17/2014 | OPN: GRAND JURY INDICTMENT DA# 2014-02290-1 | | | | |
| 04/17/2014 | STATEMENT OF JOINDER STONE; CR2014-1786 WILLIAM WILSON | | | | |
| 04/16/2014 | TAP: GRAND JURY Room 302: 11.26.27 - 12.01.51 ; 12.04.56 - 12.06.00 | | | | |

### JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 04/17/2014 | Flores, Jacqueline | 1 | INITIAL ASSIGNMENT |

(PAGE-4-OF-6)

Page 1

LAFAYETTE STONE
U.S.D. COURT
333-LOMAS
ALBUQUERQUE-NM-
87102

LEGAL MAIL

TO: U.S.D. COURT
ATTN: CM/ECF NOTIFICATION
333-LOMAS BLVD-NW-SUITE 270
ALBUQUERQUE-NM-87102

RECEIVED
At Albuquerque
JUN 04 2014
MATTHEW J. DYKMAN
CLERK