**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**JIMMY (BILLY) McCLENDON, et al.,**

      Plaintiffs,

**vs.**                                                                                    **CIV 95-24 JAP/KBM**

**CITY OF ALBUQUERQUE, et al.,**

      Defendants,

**vs.**

**E.M., R.L. W.A. D.J., P.S., and
N.W. on behalf of themselves and
all other similarly situated,**

      Plaintiff-Intervenors.

**NOTICE OF EXHIBITS TO STIPULATED ORDER PRELIMINARILY APPROVING
SETTLEMENT, REQUIRING NOTICE TO CLASS AND SUBCLASS MEMBERS AND
SETTING FAIRNESS HEARING, ENTERED ON MARCH 22, 2016 (DOC. NO. 1213)**

      Defendant, the Bernalillo County Board of County Commissioners (*hereinafter* "the County"), through its attorneys, Robles, Rael & Anaya, P.C. (Luis Robles), states the following for its Notice of Exhibits to Stipulated Order Preliminarily Approving Settlement, Requiring Notice to Class and Subclass Members and Setting Fairness Hearing, Entered on March 22, 2016 **(Doc. No. 1213)**:

      1.      On March 22, 2016, this Court entered its Stipulated Order Preliminarily Approving Settlement, Requiring Notice to Class and Subclass Members and Setting Fairness Hearing **(Doc. No. 1213)** ("Stipulated Order").

2.      The Stipulated Order referenced certain exhibits.

3.      However, those exhibits were not entered on the Court's docket when the Court filed the Stipulated Order.

4.      In the hearing conducted on May 25, 2016, pursuant to the Stipulated Order, the parties agreed that the exhibits referenced in the Stipulated Order should be a part of the Court's record in this matter.

5.      County Defendant submitted a copy of the exhibits in open court during the hearing on May 25, 2016.

6.      The Court also directed County Defendant to file an electronic copy of these exhibits as well.

7.      Accordingly, County Defendant has attached the following documents referenced as exhibits in the Stipulated Order as exhibits to this Notice:

a.   Exhibit A- Settlement Agreement;

b.   Exhibit B- Check-out Audit Agreement No. 1: the Provision of Medical Services at the Bernalillo County Metropolitan Detention Center;

c.   Exhibit C- Check-out Audit Agreement No. 2: the Provision of Mental Health Services at the Bernalillo County Metropolitan Detention Center;

d.   Exhibit D- Check-out Audit Agreement No. 3: the Conditions of Confinement; Services at the Bernalillo County Metropolitan Detention Center;

e.   Exhibit E- Summary Notice; and

f.   Exhibit F- Full Notice.

Respectfully submitted,

ROBLES, RAEL & ANAYA, P.C.


By:      /s/ Luis Robles
         Luis Robles
         Marcus J. Rael, Jr.
         Attorney for County Defendant
         500 Marquette Ave., NW, Suite 700
         Albuquerque, New Mexico 87102
         (505) 242-2228
         (505) 242-1106 (facsimile)

I hereby certify that on this 26th day of
May 2016, the foregoing was served
via the CM/ECF system to all counsel of record.


/s/ Luis Robles
Luis Robles

3