# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) MCCLENDON, et al**.,**

     Plaintiff,

vs.                                                                            Civ. No. 95-24 JAP/KBM

CITY OF ALBUQUERQUE, et al.,

     Defendant,

vs.

E.M., R.L., W.A., D.J., P.S., and N.W.
On behalf of themselves and all others
similarly situated,

     Plaintiff-Intervenors

### STIPULATED ORDER GRANTING
### DEFENDANT BERNALILLO COUNTY BOARD OF COMMISSIONERS'
### UNOPPOSED MOTION FOR FINDING OF INITIAL COMPLIANCE
### AND TO SET SELF-MONITORING PERIOD REGARDING DOMAIN #3

**THIS MATTER**, came before the Court on Defendant Bernalillo County's Unopposed Motion for

Finding of Initial Substantial Compliance and to Set Self-Monitoring Period Regarding Domain #3.  The

Court having reviewed the pleading, considered that all parties concur in the relief requested, and being

otherwise fully advised on the premises, finds the Motion is well-taken and will be **GRANTED**.

IT IS ORDERED THAT:

1. Defendant Bernalillo County's Unopposed Motion for Finding of Initial Substantial

   Compliance and to Set Self-Monitoring Period Regarding Domain #3 is GRANTED.

2.  Defendants achieved initial substantial compliance with Domain #3 as of July 1, 2019;
    and

3.  The self-monitoring period for Domain #3 will conclude on August 19, 2021, eighteen
    calendar months from the entry of this Order.

_____
SENIOR UNITED STATES DISTRICT JUDGE