UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    Plaintiffs,

vs.                                                    CIV 95-24 JB/KBM

CITY OF ALBUQUERQUE, et al.,

    Defendants,

E.M., R.L. W.A. D.J., P.S., and
N.W. on behalf of themselves and
all other similarly situated,

    Plaintiff-Intervenors.

**PLAINTIFFS'** *AMENDED* **NOTICE OF EXTENSION TO FILE REPLY TO RESPONSE TO Doc No. 1452**

COME NOW Plaintiff class and Plaintiff Intervenor subclass (hereinafter, "Plaintiffs"), by and through counsel, THE LAW OFFICES OF NANCY L. SIMMONS, P.C. (Nancy L. Simmons, Esq..), and hereby give notice that the parties have agreed to extend the deadline for Plaintiffs to file their Reply to Defendant Bernalillo County's Response to Plaintiffs' and Plaintiff-Intervenors' Joint Motion for Enforcement of Check-Out Agreement No. 1 and for Further Remedial Relief, Doc. No. 1468, filed September 27, 2021. The new deadline is December 3, 2021.

Respectfully submitted,

THE LAW OFFICES OF NANCY L. SIMMONS, P.C.

/s/ *Nancy L. Simmons*
Nancy L. Simmons
120 Girard SE
Albuquerque NM 87106
(505) 232-2575
Counsel for Plaintiff-Intervenors

### CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2021, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

By:  /s/ *Nancy L. Simmons*
        Nancy L. Simmons