UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et. al.,

    Plaintiffs,

vs.                                                  6:95-CV-00024-JB/KBM

CITY OF ALBUQUERQUE, et. al.,

    Defendants,

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
All other similarly situated,

    Plaintiff-Intervenors.


**UNOPPOSED MOTION TO EXCEED PAGE LIMITS FOR PLAINTIFFS AND PLAINTIFF INTERVENERS' JOINT MOTION FOR ENFORCEMENT OF CHECK-OUT AUDIT AGREEMENT NO. 3 AND FOR FURTHER REMEDIAL RELIEF**

Plaintiffs, through their undersigned attorneys, hereby request that the Court grant them a four (4) page extension for Plaintiffs and Plaintiff Intervenors' Joint Motion for Enforcement of Check-Out Audit Agreement No. 3 and for Further Remedial Relief.  As grounds for this motion, Plaintiffs state:

    1.    Local Rule 7.5 limits the number of pages for a motion to 27 pages.

    2.    Plaintiffs need an additional four (4) pages to fully brief the facts and arguments presented in this motion.

    3.    Defendants do not oppose this motion.

For the above-stated reasons, Plaintiffs respectfully request that the Court grant their Unopposed Motion to Exceed Page Limits for Plaintiffs and Plaintiff Intervenors' Joint Motion for Enforcement of Check-Out Audit Agreement No. 3 and for Further Remedial Relief, not exceeding 31 pages.

Respectfully submitted,

LAW OFFICE OF ALEXANDRA
FREEDMAN SMITH, LLC

/s/ *Alexandra Freedman Smith*
Alexandra Freedman Smith
Doreen McKnight
925 Luna Cir. NW
Albuquerque, NM 87102
P: (505) 314-8884
F: (505) 407-2922
Email: asmith@smith-law-nm.com
Email:  doreen@smith-law-nm.com
*Attorneys for Plaintiffs*

LAW OFFICES OF NANCY L. SIMMONS, PC
Nancy L. Simmons
120 Girard SE
Albuquerque, NM 87106
(505) 232-2575
nlslaw@swcp.com
*Attorneys for Plaintiff Intervenors*

LAW OFFICE OF RYAN J. VILLA
Ryan J. Villa
Kelly K. Waterfall
Katherine M. Loewe
5501 Eagle Rock Ave.,Suite C2
Albuquerque, New Mexico 87113
(505) 256-7690
ryan@rjvlawfirm.com
kelly@rjvlawfirm.com
kate@rjvlawfirm.com
*Attorneys for Plaintiff Intervenors*


ROTHSTEIN DONATELLI LLP
MARC M. LOWRY
KATE THOMPSON
500 Fourth Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443
mlowry@rothsteinlaw.com
kthompson@rothsteinlaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 17, 2021, I filed the foregoing document electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

<u>/s/ *Alexandra Freedman Smith*</u>
Alexandra Freedman Smith