UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et. al.,

    Plaintiffs,

vs.                                         6:95-CV-00024-JB/KBM

CITY OF ALBUQUERQUE, et. al.,

    Defendants,

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
All other similarly situated,

    Plaintiff-Intervenors.

**NOTICE OF WITHDRAWAL OF UNOPPOSED MOTION TO EXCEED PAGES FOR TO PLAINTIFFS' AND PLAINTIFF INTERVENERS' JOINT MOTION FOR ENFORCEMENT OF CHECK-OUT AUDIT AGREEMENT NO. 3 AND FOR FURTHER REMEDIAL RELIEF**

Notice is given to the Court and counsel that the Unopposed Motion to Exceed Pages for Plaintiffs' and Plaintiff Intervenors' Joint Motion for Enforcement of Check-Out Audit Agreement No. 3 and for Further Remedial Relief and Order (Doc. 1483) is withdrawn.

    Respectfully submitted,

    LAW OFFICE OF ALEXANDRA
    FREEDMAN SMITH, LLC

    /s/ *Alexandra Freedman Smith*
    Alexandra Freedman Smith
    Doreen McKnight
    925 Luna Cir. NW
    Albuquerque, NM 87102
    P: (505) 314-8884
    F: (505) 407-2922
    Email: asmith@smith-law-nm.com
    Email: doreen@smith-law-nm.com
    *Attorneys for Plaintiffs*

IVES & FLORES PA
Adam C. Flores
925 LUNA CIRCLE NW
ALBUQUERQUE, NM 87102
O: 505-364-3858
Email:  adam@nmcivilrights.com
*Attorney for Plaintiffs*


DAVIS LAW NEW MEXICO
Philip B. Davis
Nicholas T. Davis
1000 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 242-1864
phil@davislawnm.com
nick@davislawnm.com
*Attorneys for Plaintiffs*


ROTHSTEIN DONATELLI LLP
MARC M. LOWRY
KATE THOMPSON
500 Fourth Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443
mlowry@rothsteinlaw.com
kthompson@rothsteinlaw.com
*Attorneys for Plaintiffs*

LAW OFFICES OF NANCY L. SIMMONS, PC
Nancy L. Simmons
120 Girard SE
Albuquerque, NM 87106
(505) 232-2575
nlslaw@swcp.com
*Attorneys for Plaintiff Intervenors*

LAW OFFICE OF RYAN J. VILLA
Ryan J. Villa
Kelly K. Waterfall
Katherine M. Loewe
5501 Eagle Rock Ave.,Suite C2
Albuquerque, New Mexico 87113

(505) 256-7690
ryan@rjvlawfirm.com
kelly@rjvlawfirm.com
kate@rjvlawfirm.com
*Attorneys for Plaintiff Intervenors*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2021, I filed the foregoing document electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

<u>/s/ *Alexandra Freedman Smith*</u>
Alexandra Freedman Smith