IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

      *Plaintiffs,*

vs.                                               No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

      *Defendants,*

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

      *Plaintiff-Intervenors.*

DECLARATION OF

Ronnisha Cail

Under 28 U.S.C. § 1746, I, Ronnisha Cail, declare under penalty of perjury that the foregoing is true and correct and state as follows:

On the weekends we are locked down with no officer on the pod for over an hour. Starting on Fridays. Ends Monday at 7:00 AM. Last weekend another woman hung herself in RHU-3, cell 11, when no CO was on the pod. I feel unsafe being alone on the pod with no officer, call buttons don't work - nobody answers.

Dated: 11/4/2021

*[signature]*
MDC Inmate
Inmate No. 1002Z6369

**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    *Plaintiffs,*

vs.

CITY OF ALBUQUERQUE, et al.,

    *Defendants,*

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

    *Plaintiff-Intervenors.*

No. 6:95-CV-00024 JB/KBM

**DECLARATION OF**

__Felicia T Garza__

Under 28 U.S.C. § 1746, I, __Felicia T Garza__, declare under penalty of perjury that the foregoing is true and correct and state as follows:

Well as far as the weeken we don't come out at all. There are never any CO in the unit to Look after us. then. if we have a full House we only get 30 min out. Weekens in RHU 3 are just very bad. you got 1 CO runing 3 Pods. I have somewhat I fear is what if I have one and there is no CO to help me. this has happen. at times we need more CO and a fair time out.

Dated: Nov-4th 2021

__Felicia Garza T__
MDC Inmate
Inmate No. 100201558

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

        *Plaintiffs*,

vs.

CITY OF ALBUQUERQUE, et al.,

        *Defendants*,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

        *Plaintiff-Intervenors*.

No. 6:95-CV-00024 JB/KBM

### DECLARATION OF

BERNADETTE ETSITY

Under 28 U.S.C. § 1746, I, BERNADETTE ETSITY, declare under penalty of perjury that the foregoing is true and correct and state as follows:

EVERY WEEKEND HERE AT MDC WE ARE ON LOCKDOWN, WE DO NOT GET TO COME OUT FOR OUR TIME OUTS, AND MOST TIMES WE DO NOT HAVE A POD OFFICER. SO AN OFFICER THAT IS WATCHING MULTIPLE PODS COMES AND CHECKS ON US EVERY NOW AND THEN. JUST RECENTLY THEIR WAS A GIRL WHO HUNG HERSELF BUT THE OFFICER THAT CAME TO CHECK ON US CAUGHT HER ON TIME. THANK GOD! IT'S BAD HERE.

Dated: NOVEMBER 4, 2021

MDC Inmate
Inmate No. 100190734

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

        *Plaintiffs*,

vs.

        No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

        *Defendants*,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

        *Plaintiff-Intervenors*.

## DECLARATION OF

Joshua Moquino

Under 28 U.S.C. § 1746, I, Joshua Moquino, declare under penalty of perjury that the foregoing is true and correct and state as follows:

ONE OF MY Major priorities is hygiene. I was in RHU 1. From the last Wednesday in October to Monday, November 1, 2021. We were locked down no movement - no showers, no phone calls, no rec time. The lockdown was because lack of staff. They said they couldn't move me to shower because they didn't have staff. Being locked down like this affects my mental health badly, I start thinking negative things. The lockdowns cause ill tension & unnecessary anger and animosity between inmates & staff.

Dated: _____  _____
                                                          MDC Inmate
                                                          Inmate No. _____

WHEN THERE is a group of inmates kicking on the doors & yelling to get out you know everyone is mad & upset. I don't want to stay locked down for three days every week without any time out.

I am concerned for my mental health. Being in confinement is one thing. But being locked down and not getting hygiene, that affects me.

The fact we can't make a phone call to call out to our family - let them know we are okay - affects me.

In RHU 1, it was people who were STG who stayed locked down. Others got out.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

        *Plaintiffs*,

vs.

        No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

        *Defendants*,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

        *Plaintiff-Intervenors.*

## DECLARATION OF

Eric Buchman

Under 28 U.S.C. § 1746, I, Eric Buchman, declare under penalty of perjury that the foregoing is true and correct and state as follows:

In the last ten days, I have been out of my cell for two hours total, and I have only gotten to take two showers. It has had a horrible effect on people on the pod.

Dated: 11-4-21

Eric Buchman
MDC Inmate
Inmate No. _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    Plaintiffs,

vs.                                    No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

    Defendants,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

    Plaintiff-Intervenors.

## DECLARATION OF Matthew M Carillo

Under 28 U.S.C. § 1746, I, Matthew M Carillo, declare under penalty of perjury that the foregoing is true and correct and state as follows:

I just did 15 months got out January. Came back 6 months later same case been Lock down thursday till monday ever senses I been in this time for the last 6 months.

Dated: 11/10/21

MDC Inmate
Inmate No. 100163128

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    *Plaintiffs*,

vs.                                                  No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

    *Defendants*,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

    *Plaintiff-Intervenors*.

**DECLARATION OF**

I Kevin D Blanco

Under 28 U.S.C. § 1746, I, Kevin D Blanco, declare under penalty of perjury that the foregoing is true and correct and state as follows:

I Kevin D Blanco Brings forth my claim that I'm not allowed the proper amount of hour on time out in R.H.U #4.

On thursday on 3-11 shift we are on lock down. Then on Fridays, Saturday and Sundays we are also locked down with out being able to shower. The reason the correction officer states the above mentioned is happening is due to a lack of correction officers!

Dated: 11-10-21

Kevin Blanco
MDC Inmate
Inmate No. 100135940

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

        *Plaintiffs*,

vs.                                                  No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

        *Defendants*,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

        *Plaintiff-Intervenors*.

## DECLARATION OF Duwayne Morgan

Under 28 U.S.C. § 1746, I, Duwayne Morgan, declare under penalty of perjury that the foregoing is true and correct and state as follows:

I am housed on RHU4. We are locked down on this unit a lot. It is a restricted housing unit. On the days we get out, we don't get our full time. We only get 30 or 45 minutes. Then we are very often locked down from Thursday to Sunday — we might get to get out a little time on Sunday. Officers leave the pod and we are alone. Sometimes the food comes and just sits in the sallyport getting cold till the CO comes back. People are stressed out. I have mental health

Dated: _____

_____
MDC Inmate
Inmate No. _____


issues - being locked in a room for several days, I start to lose my mind. Its suffocating. Everyone starts kicking the doors and it triggers my PTSD and anxiety. People are putting poop and pee on their hands and in bottles and are throwing it. THE LOCKDOWNS ARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    Plaintiffs,

vs.                                        No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

    Defendants.

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

    Plaintiff-Intervenors.

## DECLARATION OF

MR. EVAN ROMAN GOMEZ

Under 28 U.S.C. § 1746, I, MR. EVAN ROMAN GOMEZ, declare

under penalty of perjury that the foregoing is true and correct and state as follows: WE THE PEOPLE, ARE BEING SUPPRESSED, HARRASSED, AND ILLEGALLY CONFINED IN M.D.C. WE ARE NOT GETTING PROPER OR ADEQUATE MEDICAL ATTENTION AS WELL AS PROPER HYGENIE ATTENTION DO TO OVERLY EXCESSIVE LOCK DOWNS. THEY (M.D.C) DOES NOT HAVE ENOUGH RESPECT OR CONCERN ABOUT US. WE THE PEOPLE. WE ARE U.S CITIZENS AND ARE GETTING SHUNED, ABUSED, DISCRIMINATED AGAINST. AND LEFT TO ~~DIE~~ ROT. ONE DAY THE LEFT US FOR 2 HOURS WITHOUT A C.O. AND WE DONT COME OUT FOR FOUR OR FIVE DAYS AT A TIME TO SHOWER OR ANYTHING. PLEASE BE ADVISED WE ARE HUMAN

Dated: 16-9-21

                                                      Evan Roman Gomez
                                                      MDC Inmate
                                                      Inmate No. 100160185

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    *Plaintiffs*,

vs.                                        No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

    *Defendants*,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

    *Plaintiff-Intervenors*.

## DECLARATION OF

Manuel Moreno

Under 28 U.S.C. § 1746, I, Manuel Moreno, declare under penalty of perjury that the foregoing is true and correct and state as follows: I have been in MDC since May of 2021. They have regularly been reducing our out time, or locking us down completely, the whole time I have been here. Nearly every weekend, and often for an extra day or two, we remain in lock down. They say it's because of staffing. Recently, in RHU 4, lock down has been Thursday through Sunday. I am missing visits on top of being stuck in my cell.

Dated: 11/11/21

/s/ Manuel Moreno (b/c RHU)
MDC Inmate
Inmate No. 100245322