IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

       *Plaintiffs,*

vs.                                                           No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

       *Defendants,*

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

       *Plaintiff-Intervenors.*

## DECLARATION OF Richard Clemente

Under 28 U.S.C. § 1746, I, Richard Clemente, declare under penalty of perjury that the foregoing is true and correct and state as follows: On Monday, October 25, 2021 when the CO left, I heard yelling for help. The CO was gone one and a half or two hours. CO was covering 3 or 4 pods on Monday. We were locked down the Friday and Saturday before. Sunday we were out 2½ hours. Monday we got out half an hour on swing shift. Lockdowns are causing tensions. With no CO on pod it is dangerous. I'm having trouble sleeping. I keep hearing yelling.

Dated: 10/29/2021

                                                       Richard Clemente
                                                       MDC Inmate

**EXHIBIT 3**

Inmate No. 100 22 605 1

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    *Plaintiffs,*

vs.

No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

    *Defendants,*

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

    *Plaintiff-Intervenors.*

## DECLARATION OF

_George Yribe_

Under 28 U.S.C. § 1746, I, _George Yribe_, declare under penalty of perjury that the foregoing is true and correct and state as follows: Thursdays through Mondays usually locked down. If lucky get out 30 minutes a day. Tensions with cellmate when locked down so long. If a CO was posted could have been prevented. CO didn't do hourly check. Do not answer the call button. Me and cellmate pressed repeatedly and kicked door. Man calling "help", "help me!" I can't sleep. After they come in threaten us with bean bag guns. Day before victim tried to move out of cell, but was denied. Mental health doesn't come in.

Dated: 10/29/2021

MDC Inmate

Inmate No. 100017335

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

       Plaintiffs,

vs.                                        No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

       Defendants,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

       Plaintiff-Intervenors.

**DECLARATION OF** Leo A Sandoval

Under 28 U.S.C. § 1746, I, Leo A Sandoval, declare under penalty of perjury that the foregoing is true and correct and state as follows:

There was NO CO in pods, and on lockdown every weekends. During the Insdent and victume was asking to get moved But co told Him No

Dated: 10-29-21

MDC Inmate
Inmate No. 100147481

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    *Plaintiffs,*

vs.                                    No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

    *Defendants,*

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

    *Plaintiff-Intervenors.*

## DECLARATION OF David Sanchez

Under 28 U.S.C. § 1746, I, David Sanchez, declare under penalty of perjury that the foregoing is true and correct and state as follows: Lack of staff is causing physical and psychiatric incidents because locked down in cells. Between inmates in their cells, between each other due to lack of staffing. Time outs are restricted on the weekends. The incident on Monday, October 25, 2021, two people got into it where no staff around. Fight broke out between the two and the incident turned fatal. Which could have been stopped if facility ran properly and COs at their desk/station.

Dated: 10/29/2021

MDC Inmate
Inmate No. 100141762

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

        *Plaintiffs*,

vs.

        No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

        *Defendants*,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

        *Plaintiff-Intervenors*.

**DECLARATION OF**

Arsenio Mascarenas

Under 28 U.S.C. § 1746, I, Arsenio Mascarenas, declare

under penalty of perjury that the foregoing is true and correct and state as follows:

We're locked down every weekend. Now even from Thursday. Not fair to us. Locked down weekend before incident. Monday, Oct. 25, 2021 out for 30 min. in the morning. We were locked down when incident happened. NO CO on pod when it happened. Chow came in or would have been longer. CO came in with chow and found him.

Dated: 10/29/2021

MDC Inmate
Inmate No. 100019 6640

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    *Plaintiffs*,

vs.

    No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

    *Defendants*,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

    *Plaintiff-Intervenors*.

## DECLARATION OF
Jose Rivera

Under 28 U.S.C. § 1746, I, Jose Rivera, declare under penalty of perjury that the foregoing is true and correct and state as follows: They keep us locked down often Thursday to Monday. Being locked down impact mental health. Don't want to blow up and hurt anybody. COs leave pod, leave us alone 2-3 hours. Other day my cell flooded. Sat in water for 2 hours before a CO came. Call buttons, when we press they don't respond.

Dated: 10/29/2021

MDC Inmate
Inmate No. 100140668

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    *Plaintiffs,*

vs.                                           No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

    *Defendants,*

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

    *Plaintiff-Intervenors.*

## DECLARATION OF Jacob Steven Chavez J.R.

Under 28 U.S.C. § 1746, I, __Jacob Steven Chavez J.R.__, declare under penalty of perjury that the foregoing is true and correct and state as follows:

I have been incarcerated at MDC since __June. 11. 2021__.

During my incarceration there have been lockdowns (describe length, frequency)

almoust every weekend, Starting on thirsday Sometimes. they Sometimes let us out on Sunday for 30 mins to Shower, and make phone Call but then every one Starts fighting over Phone because there is not that menny Some thing with Shower. Not all them work.

Dated: __Oct. 29. 2021__

MDC Inmate
Inmate No. __# 100068021__

During the weekend of October 22, 2021, I was locked in my cell on E-8 at MDC as follows

Friday Saturday, Locked down For 48 hr's then Sunday locked down. Only 30 min Shower/phone call.

On Monday, October 25, 2021

We come out on the morning shift: Afternoon shift. we got 30 mins bottom tear. 30 mins. top tear.

I am concerned about

my Safty, well being. do to the fact, the Offier that was working in the pod. did not come in the pod for over a hour +. When a inmate was geting beat to deth. he was crying for help. then all I would here is a thumping sound. then him crying for help. Some one, "HELP" "HELP" Please Help Me. then i would here thumping Sound Agen. then. the inmate crying out for help, Please Some one help Me. Please. then after About 45 mins we heard nothing officers come in the Pod 5:50pm. then the officer that was working the pod come in At 6:00pm. After the other officer was giveing inmate C.P.R. I Am in fear, for my life here and Safty i keep haveing bad Dreams. Cant sleep. Just remembering the Sound of the inmate geting beat. then seeing him taken out in the body bag all the blood.

Dated: Oct 29, 2021

MDC Inmate
Inmate No. IF100008021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

       *Plaintiffs*,

vs.                                                   No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

       *Defendants*,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

       *Plaintiff-Intervenors*.

## DECLARATION OF

Christopher Lucero

Under 28 U.S.C. § 1746, I, Christopher Lucero, declare under penalty of perjury that the foregoing is true and correct and state as follows:

I herd the Fighting going on For 1hr or more I'm in cell 20 the guys were Fighting in 2 & no one came Back to help

Dated: 10-29-21

Chris Lucero

MDC Inmate
Inmate No. 100075273

with help For this or So then they came in with help For the help then They came to help it was way to late For them then I was kicking the door pushing the call Button no help For a long time then you could see the man was dead need help No help For a long time I Prayed to God For him we prayed For him

Dated: 10-29-21        Chris Lucero
                       MDC Inmate
                       Inmate No. 100075273

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

        *Plaintiffs*,

vs.

CITY OF ALBUQUERQUE, et al.,

        *Defendants*,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

        *Plaintiff-Intervenors*.

No. 6:95-CV-00024 JB/KBM

**DECLARATION OF**

Dominic Bazan

Under 28 U.S.C. § 1746, I, Dominic A. Bazan, declare under penalty of perjury that the foregoing is true and correct and state as follows:

We have been on extensive lockdown at the facility for way too long. This is cruel and unusual punishment. We are going through extreme mental tyranny and suffering for at least the last 6 months. We are on lockdown every weekend Friday through Sunday and sometimes Thursday and Monday. Even most Tuesdays and Wednesdays are subject to lockdown most weeks. Even worse our lives are in extreme danger facing the facts that there are time periods of over 1 hour where there is no C.O. in the pod or any type of emergency response system. People have died in this facility because of these irresponsible C.O.'s and facility system. Another man had almost died having seizures in his cell while there was no C.O. in the pod.

Dated: 10/29/2021

[signature]
**MDC Inmate**
Inmate No. 100235308

There needs to be some type of emergency call system that actually works. The button inside the cell never succeeds in getting the attention of C.O.'s. I do not even believe they work at this point. On October 25th at about 6pm a man was killed in his cell over a time period of being beaten for over an hour and a half (1½ hours), without a single response or safety check by a C.O. and obviously either the camera system. We have had over 3 experiences just in this pod of ~~ultimately~~ emergency situations where there was nothing we inmates could do to get help. Twice a man had a seizure while there was no C.O. response for over 30 minutes; and the response was not a response, it just so happened that the C.O. decided to do their duty for once and do a safety check. And this 3rd time a man died and was killed with officers in the same facility, over an hour before any C.O. came in and found out their was a dead inmate. We are <u>not</u> in a third world country, this is county jail in the United States of America. This is cruel and unusual mental punishment even to me, a convicted felon. Let alone someone who is being held as ~~not a~~ ~~innocent~~ a suspect, but innocent. This is <u>not</u> justice.

Dated: 10/29/2021

_____
MDC Inmate
Inmate No. 1082355309

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    *Plaintiffs*,

vs.                                                           No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

    *Defendants*,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

    *Plaintiff-Intervenors*.

## DECLARATION OF

JAMES MCKEE

Under 28 U.S.C. § 1746, I, JAMES MCKEE, declare under penalty of perjury that the foregoing is true and correct and state as follows:

I AM KEEPING A LOG OF LOCKDOWNS. WHAT C/OS THAT ARE ASSIGNED TO POST. P.T.S.D. DUE TO A MURDER IN MY LIVING UNIT. THE CONDITIONS ARE HORRIBLE ESPECIALLY BEING LEFT ALONE WITHOUT SECURITY. IT LEAVES US IN DANGER. THE PERSON THAT LOST HIS LIFE BEGGED FOR HELP FOR A HOUR AT LEAST. HE COULD BE HEARD BY ALL OF US. IF THE C/O WAS ON HIS POST HE COULD HAVE HEARD HIM TOO. THE INNERCOMS IN OUR ROOMS WERE IGNORED ALSO. THIS IS NEGLIGENCE.

Dated: 10-29-21

                                                         James McKee
                                                         MDC Inmate
                                                         Inmate No. 100016494

Inmate No. 100016494

Dated: 10-29-21          James McKee
                         **MDC Inmate**
                         Inmate No. 100016494

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    *Plaintiffs*,

vs.                                                                                                   No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

    *Defendants*,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

    *Plaintiff-Intervenors*.

## DECLARATION OF

Raymond Roberts III

Under 28 U.S.C. § 1746, I, Raymond Roberts III, declare under penalty of perjury that the foregoing is true and correct and state as follows: Around lockdown for Echo-8 about 4:00pm 10-25-2021 the Corrections Officer Torrez left our pod that us alone. In which 2 Inmates got into a confrontation, resulting in a death of an Inmate. But rather he left about five minutes later. The two Inmates had their dispute, but all I could do was listen to one inmate yelled for help until he couldn't talk anymore. I pressed a call button that would alert master control or the desk that is in the pod. The Inmate yelled out help me for about 30min to 45mins. Until their was no sound when medical or as I should say the C/O that came to hand out our meals He came in and cell #22 was calling the C/O to help out but he just walked to the front desk to let out the B.O.'S when they came out a b.O. walked down to the

Dated: 10-29-2021

Raymond Roberts III
**MDC Inmate**
Inmate No. 100095897

Stairs, [illegible] into the stairs. So I would say the subject called the B/O because the victim stopped yelling for help 5-10 minutes before. Then the B/O called for the C/O. C/O came up to cell #22 looked into the cell in which I could see victim on floor and the subject talking to C/O so the cell was full of blood. Leon C. had no response just laid on the floor. C/o had the subject walk out of cell and talked to him for a few minutes, than STG and fellow C/O's rushed in and ran upstairs they then handcuffed him brought him downstairs. Then they finally got to Leon C. to perform C.P.R. The C/O pumped his chest without blowing air into his lungs for about 5-7 mins before they brought in a air pump. They brought in 3 tanks of air which had 2 labels of white tags and one red tag. OR 2 Green tags and 1 red tag. They performed CPR on Leon for about an hour, medical staff did take over for about 10 minutes than called it quits. The C/O didn't leave Leon's side. He kept on performing C.P.R. until time was up.

Dated: 10-29-2021

Raymond Roberts III
**MDC Inmate**
Inmate No. 100095897

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    *Plaintiffs*,

vs.                                    No. 6:95-CV-00024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

    *Defendants*,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,

    *Plaintiff-Intervenors*.

## DECLARATION OF

Antonio Vozza

Under 28 U.S.C. § 1746, I, Antonio Vozza, declare under penalty of perjury that the foregoing is true and correct and state as follows:

At MDC us as inmates are locked down for 20+ hours a day, the incident this past monday was inevitable. We are neglected as inmates and our mental health is greatly neglected. The facility & county blame these things on Covid-19 but we are unlawfully detained & completely ignored by the system. I've been in this facility for 17 months & this isn't a long term facility. I've only been asking to be treated as if I'm innocent til proven guilty not vice versa. The inmate who was involved in the incident was displaying signs of failing mental health for a long time but the officers ignored our warnings of that.

Dated: 10/29/21

**MDC Inmate**
Inmate No. 100264500