

# BERNALILLO COUNTY

**COUNTY MANAGER'S DIVISION**
METROPOLITAN DETENTION CENTER
100 DEPUTY DEAN MIERA DR. SW, ALBUQUERQUE, NM 87151
OFFICE: (505) 839-8700
WWW.BERNCO.GOV

## MEMORANDUM

**TO:** All MDC Security Staff

**FROM:** Michael Alvarado, Major

**DATE:** September 19, 2019

**SUBJECT:** Officer out of pod protocols and Master Control notification

---

Effective immediately, officers in E unit and F unit must **lock** the Control Panel at any time an officer is not in the pod for any reason. When the control panel is locked, all inmate calls from the intercom system located inside the inmate's cell will be diverted to Master Control. In the event Master Control receives a call from an inmate in one of the vacant pods, Master control will screen the call and if deemed a priority request or emergency notification, Master Control will immediately notify either the Pod Officer or the unit supervisor. After notification of the Pod Officer or unit supervisor, Master Control will log the name of the inmate making the report or request and the action taken by Master Control.

Also, if a pod does not have a dedicated officer due to shared staffing; all inmates must be secured within their cells. Corrections officers should physically confirm that doors are secured and check the control panel lights to ensure that the locking mechanisms are operational.

**EXHIBIT 6**