MDC  
Today's Date: 03/25/2021 11:44

## Maintenance Workorder Form

**Location:** **Building:** **From:** 03/24/2021 **to** 03/25/2021  
**Section:** **Request Type:** All  
**Block:** **Assigned:** Larry Coulson  
**Cell:**

**Work Order ID:** 3164 **Priority:** 839-8754  
**Date Created:** 03/25/2021 **Status:** Open  
**Created By:** HODNETT, LISA **Location:** E Unit  
**Assigned To:** Larry Coulson **Request Type:** Other  
**Building:** **Block:** E1  
**Section:** E Unit **Cell:** 01

### Request Details

Please test call buttons in several areas to confirm that call buttons do alert master control. Thank you

### Repair Details

Various intercoms have been tested. A list of tested intercoms follows: Echo 1 cell 26, Echo 4 cell 16, Fox 5 cell 19, Fox 8 cell 12, Pac 2 cell 2, Pac 2 cell 3. RHU cell intercoms do not forward to Master Control. RHU housing unit will be programmed to forward calls to Master Control when panel is disabled in pod. Echo, Fox & Pac units do forward to Master Control.

**Total Work Orders: 1**  
**Total Open Orders: 1**  
**Total Closed Orders: 0**

**EXHIBIT 8**