UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et. al.,

    Plaintiffs,

vs.                                                       6:95-CV-00024-JB/KBM

CITY OF ALBUQUERQUE, et. al.,

    Defendants,

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
All other similarly situated,

    Plaintiff-Intervenors.

## NOTICE OF LODGING

PLEASE TAKE NOTICE that a video recording for the April 21, 2021, Detention Oversight Meeting is being submitted to the United States Clerk of the Court on a DVD for lodging in the above-referenced matter. This video recording is intended for attachment as Exhibit 9 to Plaintiff and Plaintiff Intervenors' Joint Motion for Enforcement of Check-Out Audit Agreement No. 3 and for Further Remedial Relief (Doc. 1485) which motion was filed with the Court November 18, 2021.

                                         Respectfully submitted,

                                         LAW OFFICE OF ALEXANDRA
                                         FREEDMAN SMITH, LLC

                                         /s/ *Alexandra Freedman Smith*
                                         Alexandra Freedman Smith
                                         Doreen McKnight
                                         925 Luna Cir. NW
                                         Albuquerque, NM 87102
                                         P: (505) 314-8884
                                         F: (505) 407-2922

Email: asmith@smith-law-nm.com
Email:  doreen@smith-law-nm.com
*Attorneys for Plaintiffs*

IVES & FLORES PA
Adam C. Flores
925 LUNA CIRCLE NW
ALBUQUERQUE, NM 87102
O: 505-364-3858
Email:  adam@nmcivilrights.com
*Attorney for Plaintiffs*


DAVIS LAW NEW MEXICO
Philip B. Davis
Nicholas T. Davis
1000 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 242-1864
phil@davislawnm.com
nick@davislawnm.com
*Attorneys for Plaintiffs*


ROTHSTEIN DONATELLI LLP
MARC M. LOWRY
KATE THOMPSON
500 Fourth Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443
mlowry@rothsteinlaw.com
kthompson@rothsteinlaw.com
*Attorneys for Plaintiffs*

LAW OFFICES OF NANCY L. SIMMONS, PC
Nancy L. Simmons
120 Girard SE
Albuquerque, NM 87106
(505) 232-2575
nlslaw@swcp.com
*Attorneys for Plaintiff Intervenors*

LAW OFFICE OF RYAN J. VILLA
Ryan J. Villa
Kelly K. Waterfall
Katherine M. Loewe
5501 Eagle Rock Ave.,Suite C2

Albuquerque, New Mexico 87113
(505) 256-7690
ryan@rjvlawfirm.com
kelly@rjvlawfirm.com
kate@rjvlawfirm.com
*Attorneys for Plaintiff Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2021, I filed the foregoing document electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Alexandra Freedman Smith*
Alexandra Freedman Smith