UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et. al.,

    Plaintiffs,

vs.                               6:95-CV-00024-JB/KBM

CITY OF ALBUQUERQUE, et. al.,

    Defendants,

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
All other similarly situated,

    Plaintiff-Intervenors.

### PLAINTIFFS' SECOND AMENDED NOTICE OF AGREED EXTENSION

Plaintiff Class and Plaintiff Intervenor subclass ("Plaintiffs") give notice that the parties have agreed to extend the deadline for Plaintiffs to file their Reply to Defendant Bernalillo County's Response to Plaintiffs' and Plaintiff-Intervenors' Joint Motion for Enforcement of Check-Out Agreement No. 1 and for Further Remedial Relief (Doc. 1468) filed September 27, 2021. The new deadline is December 17, 2021.

                          Respectfully submitted,

                          LAW OFFICE OF ALEXANDRA
                          FREEDMAN SMITH, LLC

                          /s/ *Alexandra Freedman Smith*
                          Alexandra Freedman Smith
                          Doreen McKnight
                          925 Luna Cir. NW
                          Albuquerque, NM 87102
                          P: (505) 314-8884
                          F: (505) 407-2922
                          Email: asmith@smith-law-nm.com
                          Email: doreen@smith-law-nm.com

*Attorneys for Plaintiffs*

IVES & FLORES PA
Adam C. Flores
925 LUNA CIRCLE NW
ALBUQUERQUE, NM 87102
O: 505-364-3858
Email:  adam@nmcivilrights.com
*Attorney for Plaintiffs*


DAVIS LAW NEW MEXICO
Philip B. Davis
Nicholas T. Davis
1000 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 242-1864
phil@davislawnm.com
nick@davislawnm.com
*Attorneys for Plaintiffs*


ROTHSTEIN DONATELLI LLP
Marc M. Lowry
Kate Thompson
500 Fourth Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443
mlowry@rothsteinlaw.com
kthompson@rothsteinlaw.com
*Attorneys for Plaintiffs*

LAW OFFICES OF NANCY L. SIMMONS, PC
Nancy L. Simmons
120 Girard SE
Albuquerque, NM 87106
(505) 232-2575
nlslaw@swcp.com
*Attorneys for Plaintiff Intervenors*

LAW OFFICE OF RYAN J. VILLA
Ryan J. Villa
Kelly K. Waterfall
Katherine M. Loewe
5501 Eagle Rock Ave.,Suite C2
Albuquerque, New Mexico 87113
(505) 256-7690

>ryan@rjvlawfirm.com
>kelly@rjvlawfirm.com
>kate@rjvlawfirm.com
>*Attorneys for Plaintiff Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2021, I filed the foregoing document electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Alexandra Freedman Smith*
Alexandra Freedman Smith