IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    Plaintiffs,

vs.                                                       CIV 95-24 JB/KBM

CITY OF ALBUQUERQUE, et al.,

    Defendants,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all other similarly situated,

    Plaintiff-Intervenors.

## DEFENDANT BERNALILLO COUNTY
## BOARD OF COMMISSIONERS' NOTICE OF EXTENSION

Defendant, the Bernalillo County Board of County Commissioners (*hereinafter* "the County"), through its attorneys, Robles, Rael & Anaya, P.C. (Luis Robles and Taylor S. Rahn), hereby gives notice that the parties have agreed to extend the deadline for the County to file its Reply to Plaintiffs and Plaintiff-Intervenors' Joint Response Opposing Defendant Bernalillo County Board of Commissioners' Motion for Finding of Sustained Compliance and for Disengagement of Domain #3 (**Doc. No. 1497**), filed on December 10, 2021, from January 3, 2022 until January 17, 2022, pursuant to D.N.M.LR.-Civ. 7.2 & 7.4.

Respectfully submitted,

**ROBLES, RAEL & ANAYA, P.C.**


By:   /s/ Taylor S. Rahn
      Luis Robles
      Taylor S. Rahn
      Attorneys for County Defendant
      500 Marquette Ave. NW, Suite 700
      Albuquerque, New Mexico 87102
      (505) 242-2228
      (505) 242-1106 (facsimile)
      luis@roblesrael.com
      taylor@roblesrael.com

I hereby certify that on this 3rd day of January 2022, the foregoing was electronically served through the CM/ECF system to all counsel of record.


 /s/ Taylor S. Rahn
Taylor S. Rahn