IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JIMMY (BILLY) McCLENDON, et al.,**

    Plaintiff,

v.                                No. CIV 95-24 JAP/KBM

**CITY OF ALBUQUERQUE, et al.,**

    Defendant,

v.

**E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all other similarly situated,**

Plaintiff-Intervenors.

## NOTICE OF APPEARANCE BY TELEPHONE AT STATUS CONFERENCE

COMES NOW Defendant City of Albuquerque (hereinafter, "City") by and through counsel, Senior Managing City Attorney Carlos Pacheco, and hereby gives notice that the City will be attending the Status Conference set for January 21, 2022 via telephone by contacting (888) 684-8852 using Access Code: 5469085.

                                            Respectfully submitted,

                                            **CITY OF ALBUQUERQUE
                                            Esteban A. Aguilar, City Attorney**

                                            *Electronically Filed*

                                            */s/ Carlos F. Pacheco /s/*
                                            Carlos Pacheco
                                            Senior Managing City Attorney
                                            P.O. Box 2248
                                            Albuquerque, NM 87103
                                            Telephone: (505) 768-4500
                                            Facsimile: (505) 768-4525
                                            cpacheco@cabq.gov

*Attorney for Defendant City of Albuquerque*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on  January 5, 2022   , I filed the *Notice of Appearance by Telephone at Status Conference* electronically through the CM/ECF system, which caused the parties, counsel of record and independent monitor on the service list to be served by electronic means.

                                           */s/ Carlos F. Pacheco /s/*
                                           Carlos F. Pacheco