

# ServSafe® CERTIFICATION

## RAUL PEREZ

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)-Conference for Food Protection (CFP).

**15011262**
CERTIFICATE NUMBER

**5245**
EXAM FORM NUMBER

**4/20/2017**
DATE OF EXAMINATION

**4/20/2022**
DATE OF EXPIRATION

Local laws apply. Check with your local regulatory agency for recertification requirements.

*Sherman Brown*
Sherman Brown
SVP, National Restaurant Association Solutions



#0655

In accordance with Maritime Labour Convention, 2006, Resolution LILN 068-2013 (Resolution 3.2, Standard 3.2).
©2015 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. ServSafe® and the ServSafe logo are trademarks of the NRAEF.
National Restaurant Association® and the arc design are trademarks of the National Restaurant Association.

Contact us with questions at 175 W. Jackson Blvd. Ste 1500, Chicago, IL 60604 or ServSafe@restaurant.org



EXHIBIT
D





# Certificate of Achievement



This certificate is awarded to

**IVAN ARELLANO**

Congratulations! You have completed

## ServSafe® Food Handler
Employee Food Safety Online Course and Exam

Certificate Number: 3605092   Date: 10/6/2018

Expiration Date: 10/6/2021



National Restaurant Association
233 S. Wacker Drive, Suite 3600
Chicago, IL 60606-6383
800.765.2122 in Chicago area 312.715.1010
Restaurant.org | ServSafe.com



©2017 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. ServSafe® and the ServSafe logo are trademarks of the NRAEF. National Restaurant Association® and the arc design are trademarks of the National Restaurant Association.
17110801          v.1711

# Equipment Safety Operation Training
For Inmate workers



Name (Print): *Lorenzo Tovar*
Inmate Number: *100346585*

| Equipment Description | Signature-Inmate Worker | Date Completed | Signature Summit Trainer |
|---|---|---|---|
| Dish Machine | L Tovar | 8/4/19 | B. Bass |
| Rac Oven | | | |
| Electric Grill /Stove | | | |
| Electric Kettle | | | |
| Stand Mixer | L. Tovar | 8/7/19 | J Kristman |
| Tilt Skillet | | | |
| Slicer | L Tovar | 8/7/19 | J Kristman |
| Cart Pusher | L Tovar | 8/5/19 | B Bass |
| Convection Oven | | | |
| Pots & Pans | L Tovar | 8/5/19 | B. Bass |
| Sanitizing | L Tovar | 8/4/19 | Bruce Bass |
| Cook | | | |
| Diet Cook | | | |
| Line Cook | | | |

Have Inmate and trainer sign and date when training was completed, file in inmate folder a copy of the curriculum must readily available



ServSafe
National Restaurant Association

# ServSafe®
# CERTIFICATION

## LUIS REYES

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

| | |
|---|---|
| 20302255 | 5513 |
| CERTIFICATE NUMBER | EXAM FORM NUMBER |
| 2/26/2021 | 2/26/2026 |
| DATE OF EXAMINATION | DATE OF EXPIRATION |

Local laws apply. Check with your local regulatory agency for recertification requirements.

ANSI
ACCREDITED PROGRAM
American National Standards Institute and the Conference for Food Protection ®

#0655

Sherman Brown
Executive Vice President, National Restaurant Association Solutions

In accordance with Maritime Labour Convention 2006, Resolution ADM N 068-2013 (Regulation 3.2, Standard A3.2).

©2017 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. ServSafe® and the ServSafe logo are trademarks of the NRAEF. National Restaurant Association® and the arc design are trademarks of the National Restaurant Association.

This document cannot be reproduced or altered.

1711081 v.1711

Contact us with questions at 233 S. Wacker Drive, Suite 3600, Chicago, IL 60606-6383 or ServSafe@restaurant.org.



# Certificate of Achievement



This certificate is awarded to
DAISY PEREZ

Congratulations! You have completed

## ServSafe® Food Handler
Employee Food Safety Online Course and Exam

Certificate Number 18873031   Date 1/17/2020

Expiration Date 1/17/2023



National Restaurant Association
233 S. Wacker Drive, Suite 3600
Chicago, IL 60606-6383
800.765.2122 in Chicago area 312.715.1010
Restaurant.org | ServSafe.com



# Certificate of Achievement



#0655
ASTM E2659
Certificate Issuer

This certificate is awarded to

## JAMAUL ANDERSON

Congratulations! You have completed

## ServSafe® Food Handler
Employee Food Safety Online Course and Exam

National Restaurant Association
233 S. Wacker Drive, Suite 3600
Chicago, IL 60606-6383
800.765.2122 in Chicago area 312.715.1010
Restaurant.org | ServSafe.com

Certificate Number 4760910    Date 9/22/2020

Expiration Date 9/22/2023





# Certificate of Achievement



#0655
ASTM E2659
Certificate Issuer

This certificate is awarded to

**WIGGINS BENJAMIN**

Congratulations! You have completed

## ServSafe® Food Handler
Employee Food Safety Online Course and Exam

National Restaurant Association
233 S. Wacker Drive, Suite 3600
Chicago, IL 60606-6383
800.765.2122 in Chicago area 312.715.1010
Restaurant.org | ServSafe.com

Certificate Number 4684850    Date 7/16/2020
Expiration Date 7/16/2023

