IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    Plaintiffs,

vs.                                                                      No. CIV 95-0024 JB/KBM

CITY OF ALBUQUERQUE, et al.,

    Defendants,

vs.

E.M., R.L. W.A. D.J., P.S., and
N.W. on behalf of themselves and
all other similarly situated,

    Plaintiff-Intervenors.

## ORDER GRANTING JOINT STIPULATED MOTION FOR ORDER OF NON-COMPLIANCE WITH DOMAIN 6 AND EXTENSION OF SELF-MONITORING PERIOD

The Court, having reviewed the Joint Stipulated Motion for Order of Non-Compliance with Domain 6 and Extension of Self-Monitoring Period, and being otherwise fully informed herby GRANTS the motion and:

1. Finds Defendant Bernalillo County to be in non-compliance with Paragraph 6H(3) of Domain 6 for the self-monitoring period from April 1, 2022 through September 30, 2022;

2. Orders a new self-monitoring period for Domain 6 encompassing Quarter 4 of 2022 and Quarters 1 and 2 of 2023 (October 1, 2022 through June 30, 2023); and

3. For both the self-monitoring period the Court set in its Domain #6 Order (from April 1, 2022 to September 30, 2022) and for the proposed new self-monitoring period covering quarter 4 of 2022 and quarters 1 and 2 of 2023, Defendant Bernalillo County will be required to

provide the documentation and follow the process required in the Order denying Bernalillo County's Motion for Finding of Sustained Compliance with Domain #6 (Doc. 1557 at 15-16) for each quarter (Quarters 2 and 3 of 2022, Quarter 4 of 2022, Quarters 1 and 2 of 2023).

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**Submitted by:**

/s/ *Alexandra Freedman Smith*
Alexandra Freedman Smith
Attorneys for Plaintiffs


**Approved by:**

*via email on 3/23/23*
Taylor Rahn
Attorney for County Defendant

*Via email on 3/23/23*
Kelly Waterfall
Attorney for Plaintiff-Intervenors