IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JIMMY (BILLY) McCLENDON, et al.,**

    **Plaintiffs,**

**v.**                                                                                    **No. CIV 95-24 JAP/KBM**

**CITY OF ALBUQUERQUE, et al.,**

    **Defendants,**

**v.**

**E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all others similarly situated,**

    **Plaintiff-Intervenors.**

## NOTICE OF APPEARANCE BY ZOOM AT MOTION HEARING

COMES NOW Defendant City of Albuquerque (hereinafter "City") by and through counsel of record, Kennedy, Moulton & Wells, by Debra J. Moulton, and hereby gives notice that undersigned counsel will be attending the Motion Hearing presently set for May 11, 2023 at 11 a.m. via Zoom.

                                                                                                            KENNEDY, MOULTON & WELLS, P.C.

                                                                                                            */s/ Debra J. Moulton*
                                                                                                            DEBRA J. MOULTON
                                                                                                            Attorney for Defendant City of Albuquerque
                                                                                                            2201 San Pedro N.E., Bldg. 3, Suite 200
                                                                                                            Albuquerque, NM 87110
                                                                                                            (505) 884-7887

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through the CM/ECF filing system which caused a copy of the pleading to be served on all counsel of record on this 4th day of May 2023

*/s/ Debra J. Moulton*
Debra J. Moulton