# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**JIMMY (BILLY) McCLENDON, et al.,**

    Plaintiffs,

**vs.**                                                                                              CIV 95-24 JB/KBM

**CITY OF ALBUQUERQUE, et al.,**

    Defendants,

**vs.**

**E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all other similarly situated,**

    Plaintiff-Intervenors.

## DEFENDANT BERNALILLO COUNTY
## BOARD OF COMMISSIONERS' NOTICE OF EXTENSION

Defendant, the Bernalillo County Board of County Commissioners (*hereinafter* "the County"), through its attorneys, Robles, Rael & Anaya, P.C. (Taylor S. Rahn), hereby gives notice that the parties have agreed to extend the deadline for the County to file its Response to Plaintiffs and Plaintiff-Intervenors' Emergency Sealed Motion for Order to Show Cause Why Defendant Should Not Pay Monetary Penalties for Violating the Court's Consent Decree Regarding Medical Care (**Doc. No. 1599**), filed on April 28, 2023, from May 12, 2023 until May 19, 2023, pursuant to D.N.M.LR.-Civ. 7.2 & 7.4.[1]

---

[1] The Court scheduled a hearing for May 11, 2023. As the Court was aware, the hearing was scheduled before the conclusion of the briefing, the parties' agreement as to the extension is not a request to vacate the hearing.

                Respectfully submitted,

                **ROBLES, RAEL & ANAYA, P.C.**

By:   /s/ Taylor S. Rahn
       Taylor S. Rahn
       Attorneys for County Defendant
       500 Marquette Ave. NW, Suite 700
       Albuquerque, New Mexico 87102
       (505) 242-2228
       (505) 242-1106 (facsimile)
       taylor@roblesrael.com

I hereby certify that on this 11th day of May, 2023, the foregoing was electronically served through the CM/ECF system to all counsel of record.

/s/ Taylor S. Rahn
Taylor S. Rahn