IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY (BILLY) McCLENDON, et al.,

    Plaintiffs,

vs.                                                             CIV 95-24 JB/KBM

CITY OF ALBUQUERQUE, et al.,

    Defendants,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all other similarly situated,

    Plaintiff-Intervenors.

## DEFENDANT BERNALILLO COUNTY
## BOARD OF COMMISSIONERS' NOTICE OF LODGING

Defendant, the Bernalillo County Board of County Commissioners (*hereinafter* "the County"), through its attorneys, Robles, Rael & Anaya, P.C. (Taylor S. Rahn), hereby provides notice it is submitting self-monitoring data regarding Domain # 6 as directed by **(Doc. No. 1557)**. A flash drive containing:

1. Excel spreadsheets of audits for Quarters 2-4 of 2022; and
2. Exercise logs for restricted housing units for Quarters 2-4 of 2022[1].

Was submitted to the Clerk's office on May 15, 2023 and a copy was provided to Plaintiffs and Plaintiff-Intervenors' counsel.

---

[1] Information referencing inmates' medical conditions has been redacted.

Respectfully submitted,

**ROBLES, RAEL & ANAYA, P.C.**


By:   /s/ Taylor S. Rahn
      Taylor S. Rahn
      Attorney for County Defendant
      500 Marquette Ave. NW, Suite 700
      Albuquerque, New Mexico 87102
      (505) 242-2228
      (505) 242-1106 (facsimile)
      taylor@roblesrael.com

I hereby certify that on this 15th day of May, 2023, the foregoing was electronically served through the CM/ECF system to all counsel of record.


/s/ Taylor S. Rahn
Taylor S. Rahn