### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

**JIMMY (BILLY) McCLENDON, et al.,**

     **Plaintiff,**

**v.**                               **No. CIV 95-24 JAP/KBM**

**CITY OF ALBUQUERQUE, et al.,**

     **Defendant,**

**v.**

**E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all other similarly situated,**

Plaintiff-Intervenors.

### NOTICE OF REMOTE APPEARANCE BY ZOOM AT SHOW CAUSE HEARING

COMES NOW Defendant City of Albuquerque (hereinafter, "City") by and through counsel, Senior Managing City Attorney Carlos Pacheco, and hereby gives notice that the City will be attending the Show Cause Hearing set for June 1, 2023 at 8:30 a.m. via Zoom.

                              Respectfully submitted,

                              **CITY OF ALBUQUERQUE**
                              **Lauren Keefe, City Attorney**

                              *Electronically Filed*

                              */s/ Carlos F. Pacheco /s/*
                              Carlos Pacheco
                              Senior Managing City Attorney
                              P.O. Box 2248
                              Albuquerque, NM 87103
                              Telephone: (505) 768-4500
                              Facsimile: (505) 768-4525
                              cpacheco@cabq.gov

                              *Attorney for Defendant City of Albuquerque*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2023, I filed the *Notice of Remote Appearance by Zoom at Show Cause Hearing* electronically through the CM/ECF system, which caused all counsel of record on the service list to be served by electronic means.

*/s/ Carlos F. Pacheco /s/*
Carlos F. Pacheco