UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JIMMY (BILLY) McCLENDON, et al.,**

      **Plaintiffs,**

v.                                            CIV 95-24 JB/KBM

**CITY OF ALBUQUERQUE, et al.,**

      **Defendants,**

v.

**E.M., R.L., W.A., D.J., P.S., and
N.W., on behalf of themselves and
all others similarly situated,**

      **Plaintiff Intervenors.**

## STIPULATION BETWEEN PLAINTIFFS, PLAINTIFF INTERVENORS AND THE CITY OF ALBUQUERQUE

Plaintiffs and Plaintiff Intervenors frequently file motions, responses, replies, and other pleadings directed only at the County Defendants without seeking any relief against the City of Albuquerque or its employees or any relief that implicates the City of Albuquerque's settlement agreement, adopted by the Court on September 11, 2017. [Doc. 1320] In connection with these filings, Plaintiffs and Plaintiff Intervenors occasionally request the parties' approval to seal or redact court filings, to increase page limits for briefing and attachments, and to enlarge time limits for responding to filings by the County Defendants. In order to serve judicial economy and prevent unnecessary delay, and unless otherwise specifically stated, Plaintiffs, Plaintiff Intervenors and the City of Albuquerque hereby stipulate that the City of Albuquerque (i) takes no position on any motion filed by Plaintiffs or Plaintiff Intervenors and directed solely at the County Defendants, (ii) does not oppose any request by Plaintiffs or Plaintiff Intervenors to seal or redact any filings directed solely at the County Defendants, (iii) does not oppose any request by Plaintiffs or Plaintiff

Intervenors for enlarged page limits for briefing and attachments related to any pleadings, motions, responses, or replies directed solely at the County Defendants, and (iv) does not oppose any request by Plaintiffs or Plaintiff Intervenors for enlarged time limits for the same.

Respectfully submitted,

**IVES & FLORES, PA**

*/s/ Adam C. Flores*
Adam C. Flores
Henry A. Jones
*Attorneys for Plaintiffs*
925 Luna Cir. NW
Albuquerque, NM 87102
(505) 364-3858
adam@nmcivilrights.com
henry@nmcivilrights.com

-and-

**LAW OFFICE OF RYAN J. VILLA**

*/s/ Kelly K. Waterfall*
Kelly K. Waterfall
Ryan J. Villa
Katherine M. Loewe
*Attorneys for Plaintiff Intervenors*
5501 Eagle Rock Ave., Suite C2
Albuquerque, NM 87113
(505) 256-7690
kate@rjvlawfirm.com
ryan@rjvlawfirm.com
kelly@rjvlawfirm.com

-and-

**THE CITY OF ALBUQUERQUE**

*/s/ Trevor A. Rigler*
Trevor A. Rigler
Assistant City Attorney
P.O. Box 2248
Albuquerque, NM 87103
(505) 768-4500
trigler@cabq.gov

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all parties of record on the day of its filing via the CMF/ECF electronic filing system.

*/s/ Adam C. Flores*
Adam C. Flores