# James Browning

| | |
|---|---|
| **From:** | Kate Loewe <kate@rjvlawfirm.com> |
| **Sent:** | Wednesday, May 10, 2023 12:06 PM |
| **To:** | NMDml_Judge Browning's Chambers nmd.uscourts.gov |
| **Cc:** | Smith, Alexandra; Rahn, Taylor; Rigler, Trevor A.; ryan_rjvlawfirm.com; Waterfall, Kelly |
| **Subject:** | McClendon: 95-cv-0024: Request to be excused from 5/11 Hearing |

**CAUTION - EXTERNAL:**

Dear Judge Browning,

I will be representing Plaintiff Intervenors for the Law Office of Ryan J. Villa at tomorrow's hearing. I respectfully request that my co-counsel, Ryan Villa and Kelly Waterfall, be excused from the hearing.

Sincerely,
Katherine Loewe

--

**Katherine Loewe**

(she/hers)

**The Law Office of Ryan J. Villa**
5501 Eagle Rock Ave, NE
Suite C2
Albuquerque, NM 87113

505-256-7690 or 505-639-5709
505-433-5812 (fax)

**I am out of the office WEDNESDAYS and FRIDAYS. If you need immediate assistance please contact my office.**

This email is intended only for the use of the individual to whom it is addressed and may contain information that is privileged or confidential. If you have received this message in error, please delete it and all attachments without copying it and notify me, either by replying to this email or by calling (505)256-7690.
Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

[handwritten annotations: signature 5/13/23; "File on CM/ECF" with signature 5/13/23]

1