IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 2 2023

MITCHELL R. ELFERS
CLERK

JIMMY (BILLY) McCLENDON, et al.,

    Plaintiffs,

vs.

CITY OF ALBUQUERQUE, et al.,

    Defendants,

vs.

E.M., R.L., W.A., D.J., P.S., and
N.W. on behalf of themselves and
all other similarly situated,

    Plaintiff-Intervenors.

No. CIV 95-24 JB/KBM

### STIPULATED ORDER VACATING HEARING

The Court, having reviewed the Joint Stipulated Motion to Vacate Hearing and being otherwise fully informed, hereby **GRANTS** the motion.

**IT IS ORDERED** that the hearing regarding County Defendant's Objections to Mental Health Corrective Action Plan Pursuant to Doc. No. 1590 (Doc. 1615) shall be vacated. The parties may request a new setting if necessary.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:


/s/ Taylor S. Rahn
Taylor Rahn
Attorney for County Defendants


Approved by:

Approved electronically on September 27, 2023
Alexandra Freedman Smith, attorney for Plaintiffs

Approved electronically on September 27, 2023
Kelly K. Waterfall, attorney for Plaintiff-Intervenors