IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY MCCLENDON; HAROLD LUND; PETER SUMATKAKU; DAVID MICHAEL BAUER; CARL RAY LOPEZ; BRUCE DAVID MORAWE; THOMAS YOUNG; RUTHIE DURAN; DEBORAH LAVERA; JANELLE ROYBAL; DANETTE DIFIORI; MARIA SISNEROS; LARRY GREEN; BARTEL HALEY; MICHAEL COTE; JOE RAY HERRERA; JOSIE KRIENA; DEBBIE LUCERO; DAVID SHAWKIN; MARC A. GILLETTE; GEORGE CHAVEZ; ELISEO BACA; CLINT BARRAS; FRANCISCO MELENDEZ; SAMUAL HERROD; VINCENT PADILLA; CARL DUCKWORTH; JOSEPH W. ANDERSON; PAUL JOHNSON; FRED MALL; HECTOR LOPEZ; RICKY ROSE; HERBERT KING, SR.; JAMES PARKS; MICHAEL A. JOHNSON; JOHNNY VALLEJOS; JOE NEWBERRY; DARRYL CRAFT; ALBERT WILLY; WILLIAM P. JIMMY; AUGUSTINE TAPIA; RICHARD A. SMITH; ROBERT LOVATO; ROY WHATLEY; MARTY BEGAY; MARTIN VALDIVIA; TALLIE THOMAS; AUGUSTINE JACKSON; DONALD HALL; CARL SUR; STEVE ESQUIBEL; LONNIE WHATLEY; JAMES SAIZ; BRYON ZAMORA; ALLEN M. SAWYER; PATRICK BENNY ROMERO; RICHARD C. KOPECKY; PHILLIP SHUMATE; NELSON ROMERO; STEVE JOHNSON; BENNIE F. GARCIA; LOUIE CHAVEZ; BRIAN SALAZAR; RICHARD GALLEGOS; LARRY STROUD; JAMES BURKS; BRAD FISCHER; AMIHON BACA; JEFF DILLOW; PETE MCQUEEN; MANUEL MARTINEZ; ARNOLD ANTHONY MAESTAS, and JOHN HEWATT,

   Plaintiffs,

vs.                            No. CIV 95-0024 JB/KBM

E.M.; R.L.; W.A.; D.J, P.S.; N.W. and
SHAWNA TANNER,

    Plaintiff-Intervenors,

vs.

CITY OF ALBUQUERQUE; MARTIN
CHAVEZ, Mayor of Albuquerque; COUNTY
OF BERNALILLO; PATRICK BACA,
Bernalillo County Commissioner; ALBERT
VALDEZ, Bernalillo County Commissioner;
EUGENE GILBERT, Bernalillo County
Commissioner; BARBARA SEWARD,
Bernalillo County Commissioner;
JACQUELINE SCHAEFER, Bernalillo
County Commissioner; BILL DANTIS,
Director, Bernalillo County Detention Center;
BERNALILLO COUNTY DETENTION
CENTER; PAUL SANCHEZ; FRANK
LOVATO; ERCELL GRIFFIN, Deputy
Director, Bernalillo County Detention Center;
MICHAEL SMITH, Lieutenant; JOHN VAN
SICKLER, Lieutenant; WILL BELL, Officer;
ALFRED CHAVEZ, Lieutenant; RICHARD
FUSCO, Lieutenant; GEORGE FUENTES;
DAVID BACA, Lieutenant; VICTOR
HERNANDEZ; KEVIN D. SEVIR; DR. JIM
MASON; BARBARA COLE; MARIA
LUCERO; DAVID ROYSTON; FELIMON
MARTINEZ, Captain; STANLEY LENTS;
DOUGLAS ROBINSON; SEAL BARLEY;
LYNN KING; DAVID SHERMAN; BRIAN
MASER; JOHN DOES, Employees of
Bernalillo County Detention Center; Nancy L.
Simmons; MICHAEL SISNEROS, Director of
Bernalillo County Detention Center, in his
official capacity, and BERNALILLO
COUNTY BOARD OF COMMISSIONERS,

    Defendants,

vs.

LAWRENCE A. JOHNSON; WILLIE
JAMES WASHINGTON; MANUEL R.

BOSWELL and AFSCME LOCAL 2499,

      Intervenors.

## ORDER TO SHOW CAUSE[1]

**THIS MATTER** comes before the Court on the Plaintiffs' and Plaintiff-Intervenors' Motion for Order to Show Cause Why County Defendant Should Not Pay Monetary Penalites [sic] for Refusing to Provide Medical Records, filed August 21, 2023 (Doc. 1635)("Motion"). The Court held a hearing on October 3, 2023. For the reasons stated on the record at the hearing, the Court grants the Motion. The Court will have a hearing on the Order to Show Cause on October 12, 2023, at 8:30 a.m.

**IT IS ORDERED** that: (i) the Plaintiffs' and Plaintiff-Intervenors' Motion for Order to Show Cause Why County Defendant Should Not Pay Monetary Penalites [sic] for Refusing to Provide Medical Records, filed August 21, 2023 (Doc. 1635), is granted; (ii) the County Defendant must show cause why it should not be adjudged in contempt and prospectively sanctioned for ongoing violations of the Court's orders requiring access to medical records; and (iii) the hearing on the Order to Show Cause is set for October 12, 2023, at 8:30 a.m.

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Order disposes of the Plaintiffs' and Plaintiff-Intervenors' Motion for Order to Show Cause Why County Defendant Should Not Pay Monetary Penalites [sic] for Refusing to Provide Medical Records, filed August 21, 2023 (Doc. 1635). The Court will issue at a later date, however, a Memorandum Opinion more fully detailing its rationale for this decision.

*Counsel and Parties*:

Philip B. Davis
Philip B. Davis, Attorney at Law
Albuquerque, New Mexico

-- and --

Mary E. Schmidt-Nowara
Freedman, Boyd, Hollander & Goldberg, P.A.
Albuquerque, New Mexico

-- and --

Adam C. Flores
Ives & Flores, P.A.
Albuquerque, New Mexico

-- and --

Mark H. Donatelli
Peter Schoenburg
Marc M. Lowry
Carey Bhalla
Arne Leonard
Rothstein Donatelli LLP
Albuquerque, New Mexico

-- and --

Alexandra Freedman Smith
Doreen McKnight
Law Office of Alexandra Freedman Smith, LLC
Albuquerque, New Mexico

  *Attorneys for the Plaintiffs*

Mary E. Schmidt-Nowara
Freedman, Boyd, Hollander & Goldberg, P.A.
Albuquerque, New Mexico

-- and –

Claire Dickson
Albuquerque, New Mexico

-- and --

Nancy L. Simmons
David Meilleur
Law Offices of Nancy L. Simmons
Albuquerque, New Mexico

-- and --

Nicholas T. Davis
Davis Law
Albuquerque, New Mexico

-- and --

Peter Cubra
Law Office of Peter Cubra
Albuquerque, New Mexico

-- and--

Ryan J. Villa
Katherine Loewe
Kelly K. Waterfall
The Law Office of Ryan J. Villa
Albuquerque, New Mexico

    *Attorneys for the Plaintiff-Intervenors*

Kathryn Levy
Trevor Adam Rigler
  City Attorney's Office
City of Albuquerque
Albuquerque, New Mexico

-- and --

Debra J. Moulton
Kennedy, Moulton & Wells, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant City of Albuquerque*

Luis E. Robles
Marcus J. Rael, Jr.
Taylor Sauer Rahn
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

> *Attorneys for Defendants County of Bernalillo and Bernalillo County Board of Commissioners*

Shane C. Youtz
Stephen Curtice
Youtz & Valdez, P.C.
Albuquerque, New Mexico

> *Attorneys for Intervenor AFSCME Local 2499*

Lawrence A. Johnson
Los Lunas, New Mexico

> *Intervenor Pro Se*

Willie James Washington
Albuquerque, New Mexico

> *Intervenor Pro Se*