IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMY MCCLENDON; HAROLD LUND; PETER SUMATKAKU; DAVID MICHAEL BAUER; CARL RAY LOPEZ; BRUCE DAVID MORAWE; THOMAS YOUNG; RUTHIE DURAN; DEBORAH LAVERA; JANELLE ROYBAL; DANETTE DIFIORI; MARIA SISNEROS; LARRY GREEN; BARTEL HALEY; MICHAEL COTE; JOE RAY HERRERA; JOSIE KRIENA; DEBBIE LUCERO; DAVID SHAWKIN; MARC A. GILLETTE; GEORGE CHAVEZ; ELISEO BACA; CLINT BARRAS; FRANCISCO MELENDEZ; SAMUAL HERROD; VINCENT PADILLA; CARL DUCKWORTH; JOSEPH W. ANDERSON; PAUL JOHNSON; FRED MALL; HECTOR LOPEZ; RICKY ROSE; HERBERT KING, SR.; JAMES PARKS; MICHAEL A. JOHNSON; JOHNNY VALLEJOS; JOE NEWBERRY; DARRYL CRAFT; ALBERT WILLY; WILLIAM P. JIMMY; AUGUSTINE TAPIA; RICHARD A. SMITH; ROBERT LOVATO; ROY WHATLEY; MARTY BEGAY; MARTIN VALDIVIA; TALLIE THOMAS; AUGUSTINE JACKSON; DONALD HALL; CARL SUR; STEVE ESQUIBEL; LONNIE WHATLEY; JAMES SAIZ; BRYON ZAMORA; ALLEN M. SAWYER; PATRICK BENNY ROMERO; RICHARD C. KOPECKY; PHILLIP SHUMATE; NELSON ROMERO; STEVE JOHNSON; BENNIE F. GARCIA; LOUIE CHAVEZ; BRIAN SALAZAR; RICHARD GALLEGOS; LARRY STROUD; JAMES BURKS; BRAD FISCHER; AMIHON BACA; JEFF DILLOW; PETE MCQUEEN; MANUEL MARTINEZ; ARNOLD ANTHONY MAESTAS and JOHN HEWATT,

       Plaintiffs,

vs.                                                                                                              No. CIV 95-0024 JB/KBM

E.M.; R.L.; W.A.; D.J.; P.S.; N.W. and SHAWNA TANNER,

   Plaintiff-Intervenors,

vs.

CITY OF ALBUQUERQUE; MARTIN CHAVEZ, Mayor of Albuquerque; COUNTY OF BERNALILLO; PATRICK BACA, Bernalillo County Commissioner; ALBERT VALDEZ, Bernalillo County Commissioner; EUGENE GILBERT, Bernalillo County Commissioner; BARBARA SEWARD, Bernalillo County Commissioner; JACQUELINE SCHAEFER, Bernalillo County Commissioner; BILL DANTIS, Director, Bernalillo County Detention Center; BERNALILLO COUNTY DETENTION CENTER; PAUL SANCHEZ; FRANK LOVATO; ERCELL GRIFFIN, Deputy Director, Bernalillo County Detention Center; MICHAEL SMITH, Lieutenant; JOHN VAN SICKLER, Lieutenant; WILL BELL, Officer; ALFRED CHAVEZ, Lieutenant; RICHARD FUSCO, Lieutenant; GEORGE FUENTES; DAVID BACA, Lieutenant; VICTOR HERNANDEZ; KEVIN D. SEVIR; DR. JIM MASON; BARBARA COLE; MARIA LUCERO; DAVID ROYSTON; FELIMON MARTINEZ, Captain; STANLEY LENTS; DOUGLAS ROBINSON; SEAL BARLEY; LYNN KING; DAVID SHERMAN; BRIAN MASER; JOHN DOES, Employees of Bernalillo County Detention Center; NANCY L. SIMMONS; MICHAEL SISNEROS, Director of Bernalillo County Detention Center, in his official capacity, and BERNALILLO COUNTY BOARD OF COMMISSIONERS,

   Defendants,

vs.

LAWRENCE A. JOHNSON; WILLIE

JAMES WASHINGTON; MANUEL R.
BOSWELL and AFSCME LOCAL 2499,

        Intervenors.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Plaintiffs and the Plaintiff-Intervenors' Expedited Motion to Vacate Hearing and Set Scheduling Conference on UNM's Motion to Modify Orders, filed November 3, 2023 (Doc. 1676). The Court held a hearing on November 6, 2023. The primary issue is whether the Court should vacate the November 21, 2023, hearing in this matter and hold a scheduling conference. For the reasons stated on the record at the hearing, see Draft Transcript of Hearing at 34:8-35:19 (taken November 6, 2023)(Court),[1] the Court denies the Plaintiffs and the Plaintiff-Intervenors' request to vacate the November 21, 2023, hearing.

**IT IS ORDERED** that: (i) the Plaintiffs and the Plaintiff-Intervenors' Expedited Motion to Vacate Hearing and Set Scheduling Conference on UNM's Motion to Modify Orders, filed November 3, 2023 (Doc. 1676), is denied; and (ii) discovery is allowed on the Regents of the University of New Mexico's Motion to Modify Orders, filed October 20, 2023 (Doc. 1667).

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE

*Counsel and Parties*:

Philip B. Davis
Philip B. Davis, Attorney at Law
Albuquerque, New Mexico

---

[1]The Court's citations to the transcript of the hearing refer to the court report's original, unedited version. Any final transcript may contain slightly different page and/or line numbers.

-- and --

Mary E. Schmidt-Nowara
Freedman, Boyd, Hollander & Goldberg, P.A.
Albuquerque, New Mexico

-- and --

Adam C. Flores
Ives & Flores, P.A.
Albuquerque, New Mexico

-- and --

Mark H. Donatelli
Peter Schoenburg
Marc M. Lowry
Carey Bhalla
Arne Leonard
Rothstein Donatelli LLP
Albuquerque, New Mexico

-- and --

Alexandra Freedman Smith
Doreen McKnight
Law Office of Alexandra Freedman Smith, LLC
Albuquerque, New Mexico

 *Attorneys for the Plaintiffs*

Mary E. Schmidt-Nowara
Freedman, Boyd, Hollander & Goldberg, P.A.
Albuquerque, New Mexico

-- and --

Claire Dickson
Albuquerque, New Mexico

-- and --

Nancy L. Simmons
David Meilleur
Law Offices of Nancy L. Simmons
Albuquerque, New Mexico

-- and --

Nicholas T. Davis
Davis Law
Albuquerque, New Mexico

-- and --

Peter Cubra
Law Office of Peter Cubra
Albuquerque, New Mexico

-- and--

Ryan J. Villa
Katherine Loewe
Kelly K. Waterfall
The Law Office of Ryan J. Villa
Albuquerque, New Mexico

    *Attorneys for the Plaintiff-Intervenors*

Kathryn Levy
Trevor Adam Rigler
  City Attorney's Office
City of Albuquerque
Albuquerque, New Mexico

-- and --

Debra J. Moulton
Kennedy, Moulton & Wells, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant City of Albuquerque*

Luis E. Robles
Marcus J. Rael, Jr.
Taylor Sauer Rahn
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendants County of Bernalillo and Bernalillo County Board of
      Commissioners*

Shane C. Youtz
Stephen Curtice
Youtz & Valdez, P.C.
Albuquerque, New Mexico

  *Attorneys for Intervenor AFSCME Local 2499*

Lawrence A. Johnson
Los Lunas, New Mexico

  *Intervenor pro se*

Willie James Washington
Albuquerque, New Mexico

  *Intervenor pro se*