**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**JIMMY (BILLY) MCCLENDON, *et al.,***

               **Plaintiffs,**

**v.**                                                     **Civ. No. 95-0024 JB-KBM**

**CITY OF ALBUQUERQUE, *et al.*,**

               **Defendants,**

**v.**

**E.M., R.L., W.A., D.J., P.S., and, N.W.**
**on behalf of themselves and all others**
**similarly situated,**

               **Plaintiff-Intervenors.**

## <u>NOTICE OF COMPLETION OF BRIEFING</u>

       The Plaintiff-Intervenors subclass, by undersigned counsel, submits the Notice of Completion of Briefing for their Motion to Stay Defendant City of Albuquerque's Motion to Dismiss, stating as follows:

    1.    On May 9, 2025, Plaintiff-Intervenors filed their Motion to Stay Defendant Albuquerque's Motion to Dismiss [Doc. 1743].

    2.    On June 13, 2025, Defendant City of Albuquerque filed their Response [Doc. 1753].

    3.    On July 11, 2025, Plaintiff-Intervenors' filed their Reply [Doc. 1760].

    4.    Accordingly, the Motion is ready for decision.

                                       Respectfully submitted,
                                       THE LAW OFFICE OF RYAN J. VILLA

                       By:     */s/ Ryan J. Villa*
                                RYAN J. VILLA

*Counsel for Plaintiff-Intervenors*
5501 Eagle Rock Ave. NE STE C2
Albuquerque NM, 87113
(505) 639-5709
(505) 433-5812 (fax)
ryan@rjvlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 11, 2025, I filed the foregoing electronically through the Court's E-File system, which caused all parties through counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Ryan J. Villa*
RYAN J. VILLA